UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 6:13-CR-3018-JAR |
| TIMUR SHORT, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the issue of Defendant's competency to stand trial. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David P. Rush, who filed a Report and Recommendation on October 3, 2013. (Doc. No. 30). Neither party has filed objections or otherwise responded to the Report and Recommendation.

Magistrate Judge Rush recommends that Defendant be found by a preponderance of the evidence to be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Magistrate Judge Rush further recommends that Defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 (d)(1) for a reasonable period of time, not to exceed four (4) months. After an independent review of the record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [30] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant is presently incompetent to proceed with his legal case.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 (d)(1) for a reasonable period of time, not to exceed four (4) months, to undergo competency restoration treatment.

Dated this 13th Day of December, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE